ACCEPTED
01-15-00035-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 6:01:12 PM
CHRISTOPHER PRINE
CLERK

**No.01-15-00035-CR**

**IN THE COURT OF APPEALS
1st DISTRICT OF TEXAS
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/9/2015 6:01:12 PM

CHRISTOPHER A. PRINE
Clerk

**THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF**

**CHAD LEE BRUBAKER
APPELLANT**

**VS.**

**THE STATE OF TEXAS
APPELLEE**

**Appealed from the 411th Judicial District Court
of Polk County, Texas**

JENNIFER L. BERGMAN
State Bar No: 24064889
P.O. Box 1492
709 S. Washington Ave.
Cleveland, Texas 77328-1676
Telephone No.: (281) 592-2422
Facsimile No.:   (281) 592-7136

1

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S INITIAL BRIEF**

_____

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, under Texas Rules of Appellate Procedure, 38.6(b), respectfully requests the Court to extend the time to file Appellant's Initial Brief and would show the following:

1. Chad Lee Brubaker is the Appellant. The State of Texas is the Appellee.

2. Appellant's Initial Brief in this matter was due June 8, 2015.

3. Jennifer L. Bergman, was appointed to represent Appellant in his appeal.

4. On June 8, 2015, counsel for Appellant had serious computer issues and was unable to file Appellant's Initial Brief. Thus counsel was only able to file Appellant's Initial Brief on June 9, 2015, after the computer issues were resolved. Counsel is filing Appellant's Initial Brief contemporaneously with this Motion for Extension of Time to File.

5. Therefore, Appellant requests this Honorable Court to grant Appellant a three (3) day extension of time for the filing of Appellant's Initial Brief.

6. Appellant's counsel was unable to speak with Kari Allen, an assistant District Attorney with the Polk County District Attorney's Office to secure a response as to whether she opposed or did not oppose this extension of time.

7. This is Appellant's third request for an extension of time to file Appellant's Initial Brief in this matter, making this the third request that has been made by Appellant.

8. Appellant requests this extension of time not for the purpose of delay, but so that justice can be done and the matter properly presented to this Honorable Court.

Respectfully submitted,

/s/ Jennifer L. Bergman
JENNIFER L. BERGMAN
State Bar No: 24064889
P.O. Box 1492
709 S. Washington Ave.
Cleveland, Texas 77328-1676
Telephone No.: (281) 592-2422
Facsimile No.: (281) 592-7136
Attorney for Appellant

3

## CERTIFICATE OF CONFERENCE
## & CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to the Polk County District Attorney's office on this the 9th day of June, 2015, via fax 936-327-6875.

/s/ Jennifer L. Bergman
Jennifer L. Bergman